# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

JENNIFER JACKSON, Individually
and on behalf of all other similarly situated,

                Plaintiffs,

v.                                      Case No:   20-2310-EFM

U.S. BANCORP and U.S.
BANK NATIONAL ASSOCIATION,

                Defendants,


## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.  IT IS ORDERED that:

1. Plaintiffs' Unopposed Motion for Approval of FLSA Settlement Agreement (Doc. 171) is **GRANTED**.

2. The Settlement Agreement resolves a *bona fide* dispute.

3. The terms of the Settlement Agreement  are fair and reasonable.

4. The Settlement Agreement is **APPROVED**, including but not limited to (a) the allocation formula by which the Individual Settlement Payments to Plaintiffs will be determined; (b) the time-line as set forth in the Settlement Agreement; (c) the retention of Rust Consulting, Inc., as the settlement administrator, (d) the Collective Counsel's Attorney's Fees and Costs; and (e) the Service Award to Named Plaintiff Jackson.

5. The Individual Release Agreement between Named Plaintiff Jackson and Defendants (Exhibit A(2) to the Settlement Agreement) is **APPROVED**.

6. The Court **DISMISSES WITH PREJUDICE** the Plaintiffs listed in Exhibit A(1) to the Settlement Agreement.

7. The Court further **DISMISSES WITH PREJUDICE** this action.

8. Without affecting the finality of this Order in any way, the Court retains continuing and exclusive jurisdiction over this action for the purpose of administration and enforcement of the Settlement Agreement.

This case is closed.

  March 11, 2022                                             SKYLER O'HARA
      Date                                                  CLERK OF THE DISTRICT COURT

                                                                by:  s/ Cindy McKee
                                                                          Deputy Clerk